156 F.3d 1225
 Javier Morales
v.
Maurice Busbee, as an Officer of City of Camden, Bruce
Gilbert, as an Investigator of Camden County Prosecutor's
Offcie, John Doe(s), James W. Graham, as a Detective of
Township of Pennsauken; Javier Morales v. Maurice Busbee, as
an Officer of City of Camden, Bruce Gilbert, as an
Investigator of Camden County Prosecutor's Office, John
Doe(s); Javier Morales v. Maurice Busbee, as an Officer of
City of Camden, Bruce Gilbert, as an Investigator of Camden
 NOS. 97-5474, 97-5475
 United States Court of Appeals,
Third Circuit.
 May 26, 1998
 
 1
 Appeal From: D.N.J. ,No.95cv02221 ,
 
 972 F.Supp. 254
 
 2
 Appeal Dismissed.